IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Nationwide Judgment Recovery, Inc.    )
as assignee of Matthew E. Orso, in his    )
capacity as successor court-appointed    )
Receiver for Rex Venture Group,    )
LLC d/b/a ZeekRewards.com for    )
Receiver Kenneth D. Bell    )
         Plaintiff,    )
   )
v.    )    Case No. 3:21-mc-00064-K
   )
Mabel Carpenter, SSN xxx-xx-7388    )
(a member of the Defendant Class of    )
Net Winners) in ZeekRewards.com);    )
Todd Disner, et al,    )
   )
         Defendant.    )
   )
Bancorpsouth Bank    )

         Garnishee

## APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell files this Application for Writ of Garnishment After Judgment, and in support thereof would respectfully show this Court as follows:

### I.    Parties

1.      Plaintiff in garnishment, Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell, is the assignee of the judgment debtor, Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell.

2.      Garnishee, Bancorpsouth Bank is a foreign financial institution and may be served at P.O. Box 789, Tupelo, MS 38802.

## II.      Jurisdiction

1.      This court has subject matter jurisdiction under 28 U.S.C. §1332(a)(2) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

2.      This Court has general personal jurisdiction over Bancorpsouth Bank because it has a principal place of business in Texas. Therefore, Bancorpsouth Bank has sufficient minimum contacts with the state of Texas sufficient for this Court to exercise personal jurisdiction over Bancorpsouth Bank.

## III.      Venue

3.      Venue is proper in this district  under 28 U.S.C. §1391(a)(l) and (b)(l) because Bancorpsouth Bank resides in this district and because a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated within this district.

## IV.      Factual Background

4.      Affidavit in for Garnishment. Plaintiff has a valid, subsisting judgment against Mabel Carpenter, defendant  in the action styled *Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell against Mabel Carpenter (a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al*, In the United  States District Court of the Western District of North Carolina; Cause Number  3:14-cv-00091-GCM in this Court. Specifically, the Court entered a Final Judgment on August 14, 2017 for each Plaintiff in the amount of $34,838.99 plus judgment interest at 1.22% until paid in full.  Mabel Carpenter, SSN xxx-xx-7388 does not possess,  within Plaintiff's knowledge, property in Texas subject to execution sufficient to

NOTICE OF APPLICATION FOR WRIT OF GARNISHMENT- Page 2

satisfy the judgment. This garnishment is not sought to injure Mabel Carpenter, SSN xxx-xx-7388 and Bancorpsouth Bank.

**5.** Affiant has reason to believe, and does believe, that Bancorpsouth Bank is indebted to Mabel Carpenter. The Affiant's belief is based on a banking relationship between Bancorpsouth Bank and Mabel Carpenter.

**Prayer**

Plaintiff prays that -

   a.  a writ of garnishment be issued directed to Bancorpsouth Bank as garnishee;

   b.  Plaintiff be granted judgment against Bancorpsouth Bank as garnishee for the amount now due on Plaintiff's judgment already rendered against Mabel Carpenter, SSN xxx-xx-7388, together with interest and costs of the suit in the original case and in this garnishment proceeding;

   c.  Plaintiff be granted judgment for prejudgment and postjudgment interest at the highest rate allowed by law; and

   d.  Plaintiff be granted all further relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas 75247
Telephone:     (866)230-7236
Direct Dial:     (888)990-8100
Facsimile:     (888)316-3398
Email:          office@newarkfirm.com

By:     /s/Robert C. Newark, III
          Robert C. Newark, III
          Texas Bar No. 24040097
          Oklahoma Bar No. 21992
          ATTORNEY FOR PLAINTIFF

NOTICE OF APPLICATION FOR WRIT OF GARNISHMENT- Page 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Nationwide Judgment Recovery, Inc. )
as assignee of Matthew E. Orso, in his )
capacity as successor court-appointed )
Receiver for Rex Venture Group, )
LLC d/b/a ZeekRewards.com for )
Receiver Kenneth D. Bell )
        Plaintiff, )
  )
v. )     Case No. 3:21-mc-00064-K
  )
Mabel Carpenter, SSN xxx-xx-7388 )
(a member of the Defendant Class of )
Net Winners) in ZeekRewards.com); )
Todd Disner, et al, )
  )
        Defendant. )
  )
BANCORPSOUTH BANK )

        Garnishee

**DECLARATION OF ROBERT C. NEWARK, III REGARDING
APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.     I am the attorney for the movant, Nationwide Judgment Recovery, Inc. as assignee of

Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group,

LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell., in this proceeding.  I have read the

Application for Writ of Garnishment After Judgment filed with this Court and the facts contained

within it are true and correct.

2.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>June 14, 2021</u>.


By<u>/s/Robert C. Newark, III        </u>
Robert C. Newark, III


DECLARATION OF ROBERT C. NEWARK, III REGARDING
APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT Page -2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. | ) | |
| as assignee of Matthew E. Orso, in his | ) | |
| capacity as successor court-appointed | ) | |
| Receiver for Rex Venture Group, | ) | |
| LLC d/b/a ZeekRewards.com for | ) | |
| Receiver Kenneth D. Bell | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-mc-00064-K |
| | ) | |
| Mabel Carpenter, SSN xxx-xx-7388 | ) | |
| (a member of the Defendant Class of | ) | |
| Net Winners) in ZeekRewards.com); | ) | |
| Todd Disner, et al, | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |
| BANCORPSOUTH BANK | ) | |

        Garnishee

TO:   Mabel Carpenter, SSN xxx-xx-7388, 1009 Mountain Leather, Horseshoe Bay, TX 78657

      YOU ARE HERBY NOTIFIED that certain property alleged to be owned/held by

you have been garnished. If you claim any rights in this property, you are advised:

NOTICE OF APPLICATION FOR WRIT OF GARNISHMENT- Page 1

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

> A Newark Firm
> 1341 W. Mockingbird Lane, Ste 600W
> Dallas, Texas  75247
> Telephone:       (866)230-7236
> Direct Dial:       (888)990-8100
> Facsimile:        (888)316-3398
> Email:              office@newarkfirm.com
>
>
> By:     /s/Robert C. Newark, III
>         Robert C. Newark, III
>         Texas Bar No. 24040097
>         Oklahoma Bar No. 21992
>         ATTORNEY FOR PLAINTIFF