IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>           Plaintiff,<br><br>v.<br><br>Mabel Carpenter, SSN xxx-xx-7388 (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br><br>           Defendant.<br><br>BANCORPSOUTH BANK<br>           Garnishee | Case No. 3:21-mc-00064-K |

## **WRIT OF GARNISHMENT**

THE STATE OF TEXAS

To:   BANCORPSOUTH BANK
      P.O. BOX 789
      TUPELO, MS 38802-0789

In connection with Civil Action *Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell against* Mabel Carpenter, SSN xxx-xx-7388 *(a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al,* In the United States District Court of the Western District of North Carolina; Cause Number 3:14-cv-00091-GCM in which Plaintiff alleged an indebtedness and obtained a judgment against Mabel Carpenter, SSN xxx-xx-7388 as follows:

WRIT OF GARNISHMENT - Page 1

a. Plaintiff shall have judgment against Mabel Carpenter, SSN xxx-xx-7388 for $34,838.99 plus judgment interest at 1.22% until paid in full;

Plaintiff has filed an application for a writ of garnishment directed to you. YOU ARE COMMANDED, therefore, to be and appear before the United States District Court for the Northern District of Texas, Dallas Division 1100 Commerce Street, Rm 1452 Dallas, TX 75242 at or before 10 o'clock a.m. on the Monday next following the expiration of twenty (20) days from the date of service of this writ on you, to answer on oath what, if anything, you are indebted to Mabel Carpenter, SSN xxx-xx-7388 when this writ was served on you, and what effects, if any, of Mabel Carpenter, SSN xxx-xx-7388 you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to Mabel Carpenter, SSN xxx-xx-7388 or have effects belonging to him/her in their possession.

You are further commanded NOT to pay any debt or deliver any effects to Mabel Carpenter, SSN xxx-xx-7388 pending further order of this Court.

## **NOTICE TO GARNISHEE**

If you do not appear as commanded and answer questions concerning any debts and assets of Mabel Carpenter, SSN xxx-xx-7388, judgment may be rendered against you.

IF YOU FAIL TO RESPOND OR FILE AN ANSWER, YOU MAY BECOME PERSONALLY LIABLE FOR THE FULL AMOUNT OF THE JUDGMENT AGAINST Mabel Carpenter, SSN xxx-xx-7388, EVEN IN AN AMOUNT IN EXCESS OF THE VALUE OF THE PROPERTY IN YOUR POSSESSION BELONGING TO Mabel Carpenter, SSN xxx-xx-7388, OR IN EXCESS OF THE AMOUNT OF ANY DEBT YOU OWE TO Mabel Carpenter, SSN xxx-xx-7388.

ISSUED this _____ day of _____,201_ , to certify which witness my hand and official seal.

**CLERK OF COURT**

_____
 DEPUTY CLERK

**OFFICER'S RETURN**

RECEIVED this ___ day of _____,201_, and executed this ___ _

day of _____,201____, by _____ ___

RETURNED on this ___ day of _____,201____.

_____

_____County, Texas

WRIT OF GARNISHMENT - Page 3