IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell <br>　　　　　Plaintiff, <br><br> v. <br><br> Mabel Carpenter, SSN xxx-xx-7388 (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al, <br><br>　　　　　Defendant. <br><br> First Capital Bank of Texas <br><br>　　　　　Garnishee | Case No. 3:21-mc-00064-K |

## APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell files this Application for Writ of Garnishment After Judgment, and in support thereof would respectfully show this Court as follows:

### I.    Parties

1.    Plaintiff in garnishment, Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell, is the assignee of the judgment debtor, Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell.

2. Garnishee, First Capital Bank of Texas is a foreign financial institution and may be served at 310 W. Wall St., Ste. 100, Midland, TX 79701.

## II.    Jurisdiction

1. This court has subject matter jurisdiction under 28 U.S.C. §1332(a)(2) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

2. This Court has general personal jurisdiction over First Capital Bank of Texas because it has a principal place of business in Texas. Therefore, First Capital Bank of Texas has sufficient minimum contacts with the state of Texas sufficient for this Court to exercise personal jurisdiction over First Capital Bank of Texas.

## III.   Venue

3. Venue is proper in this district under 28 U.S.C. §1391(a)(l) and (b)(l) because First Capital Bank of Texas resides in this district and because a substantial part of the events or omissions giving rise tothe claim occurred, or a substantial part of property that is the subject of the action is situated within this district.

## IV.    Factual Background

4. <u>Affidavit in for Garnishment.</u> Plaintiff has a valid, subsisting judgment against Mabel Carpenter, defendant in the action styled *Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell against Mabel Carpenter (a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al*, In the United States District Court of the Western District of North Carolina; Cause Number 3:14-cv-00091-GCM in this Court. Specifically, the Court entered a Final Judgment on August 14, 2017 for each Plaintiff in the amount of $34,838.99 plus judgment interest at 1.22% until paid in full. Mabel Carpenter, SSN xxx-xx-7388 does not possess, within Plaintiff's knowledge, property in Texas subject to execution sufficient to

satisfy the judgment. This garnishment is not sought to injure Mabel Carpenter, SSN xxx-xx-7388 and First Capital Bank of Texas.

5. Affiant has reason to believe, and does believe, that First Capital Bank of Texas is indebted to Mabel Carpenter. The Affiant's belief is based on a banking relationship between First Capital Bank of Texas and Mabel Carpenter.

### Prayer

Plaintiff prays that -

a. a writ of garnishment be issued directed to First Capital Bank of Texas as garnishee;

b. Plaintiff be granted judgment against First Capital Bank of Texas as garnishee for the amount nowdue on Plaintiff's judgment already rendered against Mabel Carpenter, SSN xxx-xx-7388, together with interest and costs of the suit in the original case and in this garnishment proceeding;

c. Plaintiff be granted judgment for prejudgment and postjudgment interest at the highest rate allowed by law; and

d. Plaintiff be granted all further relief to which Plaintiff may be entitled.

        RESPECTFULLY SUBMITTED,

        A Newark Firm
        1341 W. Mockingbird Lane, Ste 600W
        Dallas, Texas  75247
        Telephone:   (866)230-7236
        Direct Dial:   (888)990-8100
        Facsimile:     (888)316-3398
        Email:           office@newarkfirm.com

By:   /s/Robert C. Newark, III
      Robert C. Newark, III
      Texas Bar No. 24040097
      Oklahoma Bar No. 21992
      ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>　　　　Plaintiff,<br><br>v.<br><br>Mabel Carpenter, SSN xxx-xx-7388 (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br><br>　　　　Defendant.<br><br>FIRSTCAPITAL BANK OF TEXAS<br><br>　　　　Garnishee | Case No. 3:21-mc-00064-K |

**DECLARATION OF ROBERT C. NEWARK, III REGARDING APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am the attorney for the movant, Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell., in this proceeding. I have read the Application for Writ of Garnishment After Judgment filed with this Court and the facts contained within it are true and correct.

DECLARATION OF ROBERT C. NEWARK, III REGARDING
APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT Page -1

  2. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2021.


                 By /s/Robert C. Newark, III
                 Robert C. Newark, III

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>   Plaintiff, | ) ) ) ) ) ) ) ) | |
| v. | ) ) | Case No. 3:21-mc-00064-K |
| Mabel Carpenter, SSN xxx-xx-7388 (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br><br>   Defendant. | ) ) ) ) ) ) ) | |
| FIRSTCAPITAL BANK OF TEXAS | ) | |
|    Garnishee | | |

TO:  Mabel Carpenter, SSN xxx-xx-7388, 1009 Mountain Leather, Horseshoe Bay, TX 78657

  YOU ARE HERBY NOTIFIED that certain property alleged to be owned/held by you have been garnished. If you claim any rights in this property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

        A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas 75247
Telephone:   (866)230-7236
Direct Dial:   (888)990-8100
Facsimile:   (888)316-3398
Email:   office@newarkfirm.com

By:   /s/Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
Oklahoma Bar No. 21992
ATTORNEY FOR PLAINTIFF